■ LEE E. EDELMAN et al., Respondents, v ALLSTATE INSURANCE COMPANY, Appellant. (Action No. 1.) BGS LEASING SYSTEMS, INC., Respondent, v ALLSTATE INSURANCE COMPANY, Appellant, et al., Defendant. (Action No. 2.)—Appeal by Allstate Insurance Company from an order of the Supreme Court, Nassau County, entered April 8, 1987.

Ordered that the order is affirmed with one bill of costs, for reasons stated by Justice Balletta at the Supreme Court, Nassau County. Mangano, J. P., Thompson, Brown and Sullivan, JJ., concur.